

AUSA Matthew Getter (312) 886-7651

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSALIO PELAYO-SALGADO | Case No.: 1:25-cr-00560<br>JEFFREY T. GILBERT<br>Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, DOUGLAS STANDERFER, appearing before United States Magistrate Judge JEFFREY T. GILBERT by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that ROSALIO PELAYO-SALGADO has been charged by Indictment in the Southern District of Illinois with the following criminal offense: illegal reentry into United States following removal, in violation of Title 8, United States Code, Section 1326(a).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

DOUGLAS I STANDERFER
Digitally signed by DOUGLAS I STANDERFER
Date: 2025.09.11 12:43:09 -05'00'

DOUGLAS STANDERFER
Deportation Officer
U.S. Immigration and Customs Enforcement

SWORN TO AND AFFIRMED by telephone this 11th day of September, 2025.

JEFFREY T. GILBERT
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>ROSALIO PELAYO-SALGADO<br>*Defendant(s)* | **SUPPRESSED**<br><br>Case Number: 3:25-cr-30105-JPG |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Rosalio Pelayo-Salgado
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Illegal Reentry After Deportation in violation of 8 USC 1326(a).

Date: July 16, 2025

*Issuing officer's signature*
Joshua Cowen - Deputy Clerk

City and state: East St. Louis, IL

Monica A. Stump - Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____<br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL (2/2012)

**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 25-30105-JPG |
| Plaintiff, | ) | |
| | ) | Title 8, United States Code, |
| vs. | ) | Section 1326(a) |
| | ) | |
| ROSALIO PELAYO-SALGADO, | ) | **FILED** |
| | ) | |
| Defendant. | ) | **FILED UNDER SEAL** JUL 15 2025 |
| | ) | CLERK, U.S. DISTRICT COURT |
| | | SOUTHERN DISTRICT OF ILLINOIS |
| | | E. ST. LOUIS OFFICE |

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### COUNT 1
#### ILLEGAL REENTRY AFTER DEPORTATION

On or about the 11th day of July 2025, in Crawford County, in the Southern District of Illinois, the defendant

**ROSALIO PELAYO-SALGADO**

an alien, was found in the United States after having been removed therefrom on or about February 17, 2012, at or near Harlingen, Texas, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

Digitally signed by
STEVEN WEINHOEFT
Date: 2025.07.11
23:16:05 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

DANIEL T. KAPSAK
Assistant United States Attorney

Recommended Bond: Detention